371 A.2d 220

Commonwealth v. Bakula, Appellant.

Submitted September 8, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 220

Commonwealth v. Boone, Appellant.

Submitted April 2, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.